USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 
DATE FILED: 10/1/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE NEW YORK TIMES COMPANY,

Plaintiff,

-v-

THE EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Defendant.

**ORDER**

26-CV-7205 (VSB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

This case, in which Plaintiff seeks an order for the production of records pursuant to the Freedom of Information Action, was referred to the undersigned to address general pretrial matters. ECF No. 7. The parties are directed to confer regarding how this case should proceed and to file a letter by **October 13, 2026** addressing this subject.

The undersigned will hold an initial case management conference via telephone on **October 20, 2026** at **2:00 p.m.** Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 332 656 704#).

**SO ORDERED.**

Dated: October 1, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge