USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 10/20/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE NEW YORK TIMES COMPANY,

Plaintiff,

-v-

THE EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Defendant.

**ORDER**

26-CV-7205 (VSB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

An initial case management conference was held on October 20, 2026. As stated at the conference, the parties shall adhere to the below directives.

Defendant shall begin its production by **December 11, 2026**. The parties shall file a joint status report by **November 20, 2026**, and every 60 days thereafter. In the November 20th letter, Defendant shall provide an update as to the status of its searches and page counts for each of the subparts of Plaintiff's FOIA request. The parties should also state in the November 20th letter whether briefing is necessary to determine the appropriate processing schedule. If the parties conclude that briefing is necessary, they shall propose a briefing schedule or competing briefing schedules.

**SO ORDERED.**

Dated: October 20, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge